EL PUEBLO, DEMANDANTE Y APELADO, *v.* G. GARAU Y CÍA., ACUSADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Guayama en causa por infracción a la Ley de Pesas y Medidas.

No. 1638.—Resuelto en julio 29, 1921.

PAN FALTO DE PESO—TOLERANCIA POR DEFECTOS EN EL PESO—CONOCIMIENTO JUDICIAL.—Ni la corte de distrito, ni el Tribunal Supremo pueden tomar conocimiento judicial de los reglamentos promulgados por el Jefe del Negociado de Pesas y Medidas en virtud de la facultad que le confirió la Legislatura en la Ley No. 13 de 1917.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. C. Domínguez Rubio.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

En la denuncia se imputa a la acusada el delito de infracción a la sección 15 de la Ley de Pesas y Medidas aprobada en agosto 18, 1913, consistente en vender pan cuyo peso por bollo había de ser una libra *avoirdupois,* teniendo un promedio de 16 gramos y 8 décimas de gramo (16.8) de menos por bollo, siendo esto mayor que la tolerancia concedida por el Jefe del Negociado de Pesas y Medidas.

La Corte de Distrito de Guayama, que conoció del juicio

en grado de apelación, declaró a la acusada culpable por sentencia de 21 de mayo de 1920 y le impuso $1 de multa con las costas, porque de acuerdo con los reglamentos aplicables al caso, en cantidades menores de 25 bollos se concede una tolerancia de quince gramos por cada bollo de pan, y de la prueba practicada aparece que en los trece bollos ocupados existía una falta de peso de cuatro décimas de gramo por bollo, que en los trece bollos asciende a una falta de peso de 5.20.

La Ley No. 13, aprobada en 12 de abril de 1917, para reglamentar el peso de los bollos de pan que se vendan u ofrezcan en venta en Puerto Rico y para otros fines, dispone en su sección 2a. que el Jefe del Negociado de Pesas y Medidas establecerá aquellas variaciones o tolerancias razonables que tanto por exceso como por defecto puedan ser aplicables al peso indicado de los bollos.

No han venido al juicio como prueba los reglamentos a que se refiere el juez inferior en su sentencia para conocer cuál sea la tolerancia de falta de peso permitida por el Negociado de Pesas y Medidas en cantidades menores de 25 bollos.

Ni la corte inferior ni esta corte pueden tomar conocimiento judicial de dichos reglamentos, los cuales habrían de servir de base tanto para justificar la denuncia como la sentencia pronunciada. No hubo por tanto la debida prueba para declarar culpable y condenar a la acusada apelante. *El Pueblo* v. *Cuadrado,* 27 D. P. R. 840.

Procede revocar la sentencia apelada y absolver a la apelante.

*Revocada la sentencia apelada.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.